Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SOIL ENTERPRISES INC., a California Corporation; KENNETH WAYNE MANNING, an individual,<br><br>Defendants. | Case No.: C 13-00753 EDL<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:       June 4, 2013<br>Time:      10:00 a.m.<br>Ctroom:   E, 15th Floor<br>                Chief Magistrate Judge Laporte |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On February 20, 2013, plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint").

///

– 1 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1  The Complaint was served on defendants on February 23, 2013. Defendants failed to
2  file a responsive pleading. On April 5, 2013, Plaintiffs filed their Request for Entry of Default
3  against defendants. On April 9, 2013, the Clerk of the Court entered the default of both
4  defendants.
5  Plaintiffs will proceed in default and will have a motion for default judgment filed
6  within forty-five (45) days. Based on the above, Plaintiffs respectfully request that this Court
7  continue the June 4, 2013, case management conference for approximately forty-five days.
8  DATED: May 21, 2013

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

**ORDER**

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing: IT IS HEREBY ORDERED that the June 4, 2013, case management conference be continued to July 16, 2013 at 10:00 a.m., Courtroom E, 15th floor. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated.

DATED: May 22, 2013

By _____
HON. ELIZABETH D. LAPORTE
CHIEF MAGISTRATE JUDGE

14158544.1

– 2 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON