UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SOIL ENTERPRISES INC., a California Corporation; KENNETH WAYNE MANNING, an individual,<br><br>　　　　Defendants. | Case No:  C 13-00753 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting the Magistrate's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment (Dkt. 31), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Plaintiffs and against Defendants.

IT IS SO ORDERED.

Dated: 10/11/2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge